IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DERRICK WILLIS                                                                                    PLAINTIFF

V.                                                                                       NO. 4:10CV096-P-D

E.L. SPARKMAN, et al.                                                                           DEFENDANTS

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** and this matter is **CLOSED**.

**IT IS SO ORDERED.**

THIS the 1st day of September, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE